DNJ-Civ-017 (09/2016)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DANIEL EDLEY et al.

        Plaintiffs,

v.

JOHNSON & JOHNSON et al.
        Defendants.

Civil Action No. 3:22-cv-2970

**ORDER OF DISMISSAL**

      This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

      **IT IS** on this 11th day of June, 2024,

      **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

      **ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                                      s/ Georgette Castner
                                                      **HON. GEORGETTE CASTNER**
                                                      **UNITED STATES DISTRICT JUDGE**